Brad E. Bothell
80 S. Market St.
San Jose, CA 95113
tel: (408) 628 5750

RECEIVED
08 APR 24 PM 4:52
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. SAN JOSE

Filed APR 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

IFP
NP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brad E. Bothell,
    Plaintiff
v.
Progressive Campaigns, John Michael, BBB Angelo Doe, Secretary Doe, Does 1-100,
    Defendants

Case No:
BREACH OF CONTRACT
Amount Demanded:
$6,000.00

Plaintiff alleges:  3/15/04*

① On or about 3/15/04 Plaintiff signed a contract to turn in signatures to Progressive Campaigns, defendant, dba Initiatives Plus., with John Michael, defendant. On or about April 24 or April 25 2004, Plaintiff turned in $6,000 (approx.) worth of signatures to John Michael, defendant for pay. Several days later plaintiff was unable to pick up the check. John Michael neglected to mail the check to Plaintiff's last known address. John Michael, defendant, refused to return plaintiff's phone calls over the last 4 years.

BEB

* March 15, 2004

-1-

Breach of Contract

② All Doe names will be revealed as true names when they are discovered.

③ Jurisdiction of this case should be Oakland because the ~~tort~~ BEB incidents occurred in Haywood, Alameda County, ~~California~~, principally.

DATED: April 24, 2008       Signed _____
                            Brad E. Bothell,
                            Plaintiff

BEB
-2-

Breach of Contract