RECEIVED
08 APR 24 PM 4:52
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Filed
APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clear Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brad F. Bothell

Plaintiff,

vs.

Progressive Company

Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Brad E. Bothell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1000.00    Net: $1000.00

Employer: OH ARP Attn Mgmnt US Army Reserves

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7  a.  Business, Profession or                Yes _X_ No ___

8  self employment?

9  b.  Income from stocks, bonds,             Yes ___ No ___

10  or royalties?

11  c.  Rent payments?                         Yes ___ No ___

12  d.  Pensions, annuities, or                Yes ___ No ___

13  life insurance payments?

14  e.  Federal or State welfare payments,     Yes ___ No ___

15  Social Security or other govern-

16  ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.  b2-b

19  H B H p̶o̶t̶h̶ Position is actually self

20  employment

21  3.  Are you married?                        Yes ___ No _X_

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.  a.  List amount you contribute to your spouse's support: $ _____

27     b.  List the persons other than your spouse who are dependent upon you for support

28        and indicate how much you contribute toward their support.  (NOTE: For minor

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.   Do you own or are you buying a home?   Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes ___ No ___

7   Make _GMC_ Year _1962_ Model _Jimmy_

8   Is it financed? Yes ___ No _X_ If so, Total due: $_____

9   Monthly Payment: $_____

10   7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _U.S. Bank (Willow Glen)_

12   _1530 Hamilton Ave, San Jose, CA_

13   Present balance(s): $ _150.00_

14   Do you own any cash? Yes _X_ No ___ Amount: $ _700.00_

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)   Yes _X_ No ___

17   (1) (96) Chevy truck - $500.00 (2) 1987 Ford Ranger - $100.00

18   8.   What are your monthly expenses?

19   Rent: $ _650.00_   Gas & Lindd $50.00

20   Food: $ _250.00_   Clothing: _20.00_

21   Charge Accounts:

22   Name of Account     Monthly Payment     Total Owed on This Account

23   _____ $_____ $_____

24   _____ $_____ $_____

25   _____ $_____ $_____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   _Approx. $30,000.00 to Howard Bothell, my father_

- 3 -

1
2    10.    Does the complaint which you are seeking to file raise claims that have been presented in
3    other lawsuits?    Yes ____    No __X__
4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5    which they were filed.
6
7
8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9    false statement herein may result in the dismissal of my claims.
10
11    __April 24, 2008__        _____
12         DATE                SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -