*E-filed on ____5/12/08_____*

**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 BRAD BOTHELL,                           No. C-08-02198 RMW

13          Plaintiff,

14     v.                                  ORDER DISMISSING THE COMPLAINT
                                           WITH LEAVE TO AMEND AND
15 PROGRESSIVE CAMPAIGNS; JOHN             DEFERRING RULING ON MOTION TO
   MICHAEL; BOB ANGELO DOE;                PROCEED IN FORMA PAUPERIS
16 SECRETARY DOE and DOES 1-100,
                                           **[Re Docket No. 3]**
17          Defendants.

18

19

20          On April 24, 2008, plaintiff Brad Bothell, proceeding *pro se*, filed a complaint alleging that

21 he signed a contract to turn in signatures to defendant Progressive Campaigns (dba Initiatives Plus).

22 He alleges that he turned in $6000 worth of signatures to defendant John Michael on or about April

23 24 or April 25, 2004, but that John Michael did not mail payment.  Bothell asserts that he has been

24 unable to pick up the check, and alleges that Michael has not returned his calls for the last four

25 years.  Bothell seeks to sue defendants for breach of contract.

26          Plaintiff asks the court to permit him to proceed *in forma pauperis* in this action.  *In forma*

27 *pauperis* status requires two findings: a finding of indigence and a finding that the underlying claim

28

ORDER DISMISSING THE COMPLAINT WITH LEAVE TO AMEND AND DEFERRING RULING ON MOTION TO PROCEED
IN FORMA PAUPERIS—No. C-08-02198 RMW
MAG

United States District Court
For the Northern District of California

1   has some merit. *See Bradshaw v. Zoological Society of San Diego*, 662 F.2d 1301 (9th Cir. 1981).

2   Reviewing the complaint in conjunction with the motion to proceed *in forma pauperis*, the court has

3   determined that it does not have subject matter jurisdiction over the plaintiff's claims. *See Cannon v.*

4   *Hawaii Corp. (In re Hawaii Corp.)*, 796 F.2d 1139, 1141 (9th Cir. 1986) (federal courts are required

5   to consider the presence or absence of subject matter jurisdiction *sua sponte*).

6       This is the third complaint and request to proceed *in forma pauperis* by plaintiff this court

7   has recently considered. In each case, the court has lacked subject matter jurisdiction. Plaintiff's

8   claim for breach of contract is within the state court's jurisdiction, and not ordinarily within the

9   federal court's jurisdiction unless there is a separate basis for federal jurisdiction (that the actions

10  allegedly occurred within the federal court's geographical jurisdiction is not enough). Here as

11  before, plaintiff does not plead any facts that would suggest a federal claim that would provide the

12  court with federal question jurisdiction under 28 U.S.C. § 1331. Nor is there any indication that the

13  plaintiff is a citizen of a different state from the defendant and that the amount in controversy meets

14  the requirements for federal diversity jurisdiction under 28 U.S.C. § 1332. Thus, this court is unable

15  to adjudicate the claims that plaintiff brings before it. For that reason, plaintiff's claims are without

16  merit and he does not qualify to proceed *in forma paupers*.

17      Because the court lacks jurisdiction over plaintiff's claims as stated, it must dismiss plaintiff's

18  complaint. Plaintiff shall have 20 days to amend his complaint to state a claim upon which this

19  court may grant relief. The court will defer ruling on plaintiff's *in forma pauperis* application until

20  after he has filed an amended complaint.

21

22

23  DATED:        5/12/08

24                                          RONALD M. WHYTE
                                            United States District Judge
25

26

27

28

ORDER DISMISSING THE COMPLAINT WITH LEAVE TO AMEND AND DEFERRING RULING ON MOTION TO PROCEED
IN FORMA PAUPERIS—No. C-08-02198 RMW
MAG                                    2

United States District Court
For the Northern District of California

1    **A copy of this order was mailed on** _____5/12/08_____ **to:**

2    **Counsel for Plaintiff:**

3    Brad Bothell
     80 S. Market Street
4    San Jose, CA 95113
     PRO SE
5

6    **Counsel for Defendant(s):**

     No appearance
7

8    Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING THE COMPLAINT WITH LEAVE TO AMEND AND DEFERRING RULING ON MOTION TO PROCEED
IN FORMA PAUPERIS—No. C-08-02198 RMW
MAG                                3