*E-filed on* _____8/20/08_____

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAD BOTHELL, | No. C-08-02198 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| PROGRESSIVE CAMPAIGNS; JOHN MICHAEL; BOB ANGELO DOE; SECRETARY DOE and DOES 1-100, | |
| Defendants. | |

On _____8/19/08_____, the court issued an order dismissing the above-captioned case for failure to amend his complaint to state a claim over which this court had subject matter jurisdiction by June 2, 2008 as required by this court's May 12, 2008 order. Accordingly, judgment is hereby entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED: _____8/19/08_____

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-02198 RMW
MAG

**A copy of this order was mailed on** _____8/21/08_____ **to**:

**Counsel for Plaintiff:**

Brad Bothell
80 S. Market Street
San Jose, CA 95113
PRO SE

**Counsel for Defendant(s):**

No appearance

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**United States District Court**
For the Northern District of California